UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,

98 Civ. 7535 (DGT)(MDG)

Plaintiff,

**JUDGMENT**
**(NASIR UDDIN)**

- against -

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 1 5 2005 ★
BROOKLYN OFFICE

ANTHONY DISILVA, et al.,

Defendants.
-----------------------------------------------------------X

An Order of the Honorable David G. Trager, United States District Judge, having been executed on April 12, 2002; with no objections having been filed; adopting the October 12, 2000, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, entering Judgment against defendant Nasir Uddin in the amount of $2,116.12, comprised of $1,663.12 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $453.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the October 12, 2000, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Nasir Uddin in the amount of $2,116.12, comprised of $1,663.12 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $453.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

September 16, 2005

_____
s/Robert C. Heinemann
**Robert C. Heinemann**
**Clerk of the Court**