UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,

                Plaintiff,

- against -

ANTHONY DISILVA, et al.,

                Defendants.
-----------------------------------------------------------X

98 Civ. 7535 (DGT)(MDG)

**JUDGMENT**
**(LUIS SANCHEZ)**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 15 2005 ★
BROOKLYN OFFICE

An Order of the Honorable David G. Trager, United States District Judge, having been executed on April 12, 2002; with no objections having been filed; adopting the October 12, 2000, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, entering Judgment against defendant Luis Sanchez in the amount of $3,382.76, comprised of $2,929.76 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $453.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the October 12, 2000, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Luis Sanchez in the amount of $3,382.76, comprised of $2,929.76 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $453.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

      September 15, 2005

                                            s/Robert C. Heinemann
                                            **Robert C. Heinemann**
                                            **Clerk of the Court**